IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EYESMATCH LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA, INC. <br><br> Defendants. | Civil Action No. 2:23-CV-00363-JRG |

## ORDER

Before the Court is Plaintiff EyesMatch Ltd.'s and Defendants Samsung Electronics Co., Ltd.'s, Samsung Electronics America, Inc.'s, and Samsung Research America, Inc.'s Joint Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and to Serve Infringement and Invalidity Contentions. After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is extended up to and including December 11, 2023.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to serve its infringement contentions pursuant to P.R. 3-1 and 3-2 is extended up to and including December 4, 2023, and the deadline for Defendants to serve their invalidity contentions is extended up to and including February 2, 2024.